| | |
|---|---|
| From: | Marc Sultana <marcsultana@outlook.com> |
| Sent: | Monday, January 23, 2023 4:16 PM |
| To: | MND Leung_Chambers |
| Subject: | Reference: Case 0:21-cv-02364-JRT-TNL |

**CAUTION - EXTERNAL:**

The Honorable Tony N. Leung
Magistrate Judge
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

Dear Judge Leung:

Reference: Case 0:21-cv-02364-JRT-TNL

Dear Judge Leung:

After a long illness which required a visit to Urgent Care, I am finally logging in to my PACER account today and notice all updates and activities.

I wanted to bring to your attention my illness that has prevented me from addressing any case proceedings. Please note that while I was still suffering from the effects of COViD in November, I became ill with a bout of Influenza a few days before Thanksgiving which prevented me from addressing any and all-important issues affecting me personally or legally only to find myself becoming sick again on Christmas Day which necessitated a trip to Urgent Care. If required by court, I would be happy to provide all medical records/evidence.

Please allow me a few days to read everything and respond to anything that I am required to. Even though my sickness has not allowed me to address anything recently, I do feel that I have reached a level of physical health to start addressing these important legal proceedings. My apologies for not bringing my most recent health issues to your attention earlier!

Respectfully,


M. Saeed Sultana
112080 Stone Creek Dr.
Chaska, MN 55318-2400

1

Cell: 651.263.8390

P.S. I am still awaiting Defendant's attorneys to forward me all the documents I requested. Their secretary did send some password-protected link to some website which expired after some time and I am yet to get my hands on those documents. I did contact them regarding this, but they never replied.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.