Date: Friday, February 10, 2023

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Marc Saeed Sultana,<br><br>    Plaintiff,<br><br>v.<br><br>Endeavor Air,<br><br>    Defendants. | Case No. 0:21-cv-02364-JWB-TNL<br>**Jury Request**<br><br>**MORE TIME TO FILE CONFIDENTIAL LETTER (ECF No. 29)**<br><br>**Magistrate Judge   Hon. Tony N. Leung** |

The Plaintiff, Marc Saeed Sultana, respectfully requests this Honorable Court to give extra time to the Plaintiff, Marc Saeed Sultana, to complete requirements of filing **CONFIDENTIAL LETTER** required by Court Order in ECF No. 29 due before the **SETTLEMENT CONFERENCE** scheduled for Monday, February 13, 2023.

The reason for this request is that the Plaintiff has not been well for many months and has not been able to address many important issues of this case including responding to various filings by the defendants.  Unfortunately, due to Plaintiff's medical issues, Plaintiff was not aware, until two days ago regarding the upcoming Settlement Conference next week.  Plaintiff now remembers the Court Orders of ECF No. 29, and subsequent order regarding Rule 26, but admits that due to long illness, at times, deadlines were unintentionally missed because of Plaintiff's inability to respond in time due to the same medical illnesses.

The honorable court will notice that the Plaintiff kept the court abreast of all medical issues that started early March of 2022.  In fact, the recovery for the March 2022 illness took much longer than what the doctors had suggested.  The plaintiff has still not fully recovered from

that illness as of today.  Starting September, the Plaintiff suffered from multiple illnesses related to COVID, flu, and Cold related symptoms.  All these facts could be verified by Plaintiff's doctors and medical establishments; however, Plaintiff requests that such information be kept confidential for the court only and not disclosed to the Defendant's attorneys or the Defendants.  This request is made in the light of the fact what Endeavor Air's CEO, Jim Graham, did to one of his pilots, Karlene Petitt: he bought a fraudulent/fake/bogus Mental Health Diagnosis for $74,000 from a doctor who had to give up his Medial License [he faced fraudulent charges by Illinois Department of Health].  **Case No.:2018-AIR-00041** (KARLENE PETITT v. DELTA AIR LINES, INC.)

> Endeavor Air CEO, Jim Graham, weaponized 'Mental Health' rules against his own pilot when he was her boss!  https://www.seattletimes.com/business/boeing-aerospace/delta-weaponized-mental-health-rules-against-a-pilot-she-fought-back/

The Plaintiff would not be surprised if Jim Graham does the same in this case even though all events are related to medical issues (the validity of this concern is obvious as this can be observed by Defendants' attorneys consistent efforts to try to gain access to Plaintiff's medical records when those medical records have absolutely nothing to do with this case – their only concern should be Plaintiff's required FAA First Class Medical Certificate, which the Plaintiff had consistently maintained throughout Plaintiff's employment as an airline pilot and maintains it to this day with no waivers!)

As for as Plaintiff's medial issues and physical recovery, as mentioned earlier to the honorable court, and this was verified by the most recent visit with Plaintiff's physician, the recovery period for Plaintiff's latest medical issue can take up to eight months and up to eight weeks or more from the end of the most recent treatment received.  This time period for full recovery for the Plaintiff ends late in the month of February and early March of 2023.

      Based on Plaintiff's most recent circumstances, the Plaintiff, Marc Saeed Sultana, requests the court to grant extra time to meet the requirements of court order ECF No. 29 for **CONFIDENTIAL LETTER** and to attend the **SETTLEMENT CONFERENCE**.  Thank you.

Respectfully submitted,


*s/M.S. Sultana*
M. Saeed Sultana
112080 Stone Creek Dr.
Chaska, MN 55318-2400

Email:  marcsultana@outlook.com
Cell:   651.263.8390