# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Marc Saeed Sultana,

        Plaintiff,

v.

Endeavor Air,

        Defendant.

COURT MINUTES – CIVIL
BEFORE: TONY N. LEUNG
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 21-cv-2364 (JWB/TNL) |
| Date: | February 13, 2023 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 10:15 AM |
| Time Concluded: | 5:00 PM |
| Time in Court: | 6 Hours & 45 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

## APPEARANCES:

Plaintiff:     Marc Saeed Sultana, pro se

Defendant:     Andrew E. Tanick, Colin H. Hargreaves, David Driscoll

## PROCEEDINGS:

☒     No settlement reached.

                                                        *s/Holly*
                                                      Courtroom Deputy