**Fw: AQP - FOTM / Endeavor Air / LOE Inquiry**
MS
Marc Sultana

To:james.m.curry@faa.gov;peter.j.garberg@faa.gov;ronald.d.linn@faa.gov;john.e.lyons@faa.gov

Wed 10/11/2023 12:04 PM

Mr. James M. Curry
Mr. Peter J. Garberg
Mr. Ronald D. Linn
Mr. John E. Lyons
Minneapolis FSDO
6020 28th Ave. S Ste. 201
Minneapolis, Minnesota 55450-2704

Good morning, Gentlemen:

I am forwarding you the email sent to the main email address for the MSP FSDO on Sunday, September 10, 2023.

I write to you only due to lack of response from the main FSDO email recipient. You will notice that I did ask them to connect with you gentlemen in order to get answers because, to the best of my belief, all of you were were involved with overseeing/supervising/monitoring Endeavor Air's operations, training, and evaluation under the FAA AQP programs in 2017 and 2018, and some, or all of you, may still continue to do so.

I do recall Mr. Curry as one of the POI during the testing and implementation phase of the AQP program at Endeavor Air in the Spring of 2014 (April) when he sat in multiple phases of LOS' and LOE where I was participated as a company pilot while the FAA observed, tested, and evaluated the initial phase of this new Training/Evaluation program under the AQP.

I look forward to your reply to these questions and observations and I thank you for your time and effort in assisting me to clarify the issues arose due to instructors' incompetence, lack of ability, and lack of knowledge regarding conducting LOE's and LOS'; their ability and skills in evaluation of pilots during LOEs and LOS'; and their complete lack of understanding of the requirements of AQP-FOTM (Revision 07: Date 30 Aug 2017).

While you address these issues, another issue has come to light: In LOE 2, on Tuesday, June 05, 2018, instructor Casey Brouhard gave me an 'engine failure' – (AQP-FOTM JTA Reference 2.2.2) and eventually deemed this LOE Incomplete/Unsatisfactory because of this event. However, I fail to see any 'required training' given between LOE 2 and LOE 3 that would cover this [presume] 'failed' event ('Engine Failure'- JTA Reference 2.2.2!)

It is understood that FAA Minneapolis FSDO and its POIs and AFMs are promptly notified/informed by the instructors/company [Endeavor Air] of any results of LOE and other remedial training (for which FAA has, as per the FOTM, given Endeavor Air and its instructors/examiners a 'TACIT" approval); therefore, it is understood that you were notified/informed on the same day (Tuesday, June 05, 2018) and have all the information at the MSP FSDO office, and are fully able, and capable of, providing this information if requested by the pilot.

I look forward to your reply.  Thank you, Gentlemen!

Very Sincerely Yours,


M. Akhtar Saeed Sultana
Cell: 651.263.8390

Pilot License #: 2700580


**From:** Marc Sultana <marcsultana@outlook.com>
**Sent:** Monday, October 9, 2023 1:46 PM
**To:** 7-AGL-MSP-FSDO (FAA) <7-AGL-MSP-FSDO@faa.gov>
**Subject:** Re: AQP - FOTM / Endeavor Air / LOE Inquiry

Thanks.  I will do that.
In the meanwhile, how about answering other queries and questions regarding Endeavor Air AQP-FOTM?

Sincerely,

M. Saeed Sultana

**From:** 7-AGL-MSP-FSDO (FAA) <7-AGL-MSP-FSDO@faa.gov>
**Sent:** Tuesday, October 3, 2023 11:58 AM
**To:** Marc Sultana <marcsultana@outlook.com>
**Subject:** RE: AQP - FOTM / Endeavor Air / LOE Inquiry

Marc,

You may make a FOIA request at FOIA.gov.

Thank you.

Aviation Safety
Minneapolis Flight Standards District Office
612-253-4400

We value your feedback, please visit our Stakeholder Feedback Form at http://www.faa.gov/about/office_org/headquarters_offices/avs/stakeholder_feedback/afx/afb400/

**From:** Marc Sultana <marcsultana@outlook.com>
**Sent:** Monday, September 11, 2023 9:54 AM

**To:** 7-AGL-MSP-FSDO (FAA) <7-AGL-MSP-FSDO@faa.gov>; john.e.lyons@faa.gov
**Subject:** Re: AQP - FOTM / Endeavor Air / LOE Inquiry

Good morning.

It appears that I did not attach two PDF files that contained information referenced in this email.
Both files (Exhibit A and Exhibit B ) are attached with this email.

Sincerely,

M. Saeed Sultana
c: 651.263.8390

---

**From:** Marc Sultana <marcsultana@outlook.com>
**Sent:** Sunday, September 10, 2023 10:39 PM
**To:** 7-AGL-MSP-FSDO@faa.gov <7-agl-msp-fsdo@faa.gov>; john.e.lyons@faa.gov <john.e.lyons@faa.gov>
**Subject:** AQP - FOTM / Endeavor Air / LOE Inquiry


I am sending this email to FAA MSP FSDO personnel, including the FSDO manager, POI, and APM (former and current) for Endeavor Air.  The purpose of this email is to get FAA FSDO POI/APM/Manager's clarification regarding *events* checked in LOE and the 'required' reports by FAA from Endeavor Air Training Department/Management and instructors who conducted evaluation events required by *AQP Flight Operations Training Manual, Revision 07, dated 30 Aug 2017.*

Please refer to FAA-approved *Flight Operations Training Manual* (AQP-FOTM) for Endeavor Air with effective date of 30 August 2017 in reference to my LOE 2, on Tuesday, June 05, 2018, by Endeavor Air instructor.  Your office should have a copy of this document, but I would be happy to email you my copy of this document.

Please refer to the following information:

Date:                 Tuesday, June 05, 2018
Type of Event:        CQ LOE (2nd attempt)
Aircraft Type:        CRJ-900
Airman name:          Marc Saeed Sultana (Employee #: 13578)
Seat Support:         Dave Moberg-FTI (Employee #: 8520)
Instructor (APD):     Casey Brouhard (Employee #: 19045)

The following information is 'cut and paste' from Mr. Brouhard's email that was sent to ALPA Training Representative, Ben Jensen, who then forwarded it to ALPA attorney, Rob Plunket, who – mistakenly – sent it to me (I believe this email was sent to FAA/FSDO, POI/APM, etc. as well):
Please see **Exhibit A.**

Area Failed:          Failed Areas (list **task number** and **description from the form used**):
Instructor's Response: *"Non-normal engine work"*
Notes:                **LOE 12**

**Concern 1:**   If you notice, Mr. Brouhard did not follow FAA's requirement for reporting and DID NOT list '**task number**' and '**description from the form used**' when it is a required reporting under '**Area Failed**'.
He merely replied with: *"Non-normal engine work".*
In the area marked '**Notes:**', he writes '**LOE 12**' and NO details.

Without the '*task number*' and '*description from the from used*', it is quite confusing to ascertain what area did he fail me in. Could you please let me know what "**task number**" the "**Non-normal engine work**" falls under?

In summary, Casey Brouhard, administered/conducted my LOE [#2] on Tuesday, June 05, 2018. In his email to company and FAA, he mentions *"Non-normal engine work"* as an answer for '**Area Failed**'. He mentions **LOE 12** in response to information under '**Notes:**', yet I am unable to find these requirements in the *AQP Flight Operations Training Manual, Revision 07, dated 30 Aug 2017.*

**Concern 2:**   Secondly, using the *AQP Flight Operations Training Manual, Revision 07, dated 30 Aug 2017*, could you point out where exactly under *Continuous Qualifications Curriculum* "**Non-normal engine work**' testing is allowed during/in the LOEs, thanks.

I have tried my best to look up this information, but I have so far failed to locate the exact page(s) where this information is provided in the *AQP Flight Operations Training Manual, Revision 07, dated 30 Aug 2017.*

FAA's, acting POI and APM, especially, in particular, Peter Garberg's and James Curry's input in this matter would be greatly appreciated.

Please see **Exhibit B** for the next question.

On page **2-51, AQP FOTM (Chapter 2: Endeavor Air AQP Procedures** 2-51) provides this information (see 'bold' and 'underlined' text below):

> **AQP Flight Operations Training Manual**
> • Incomplete Validation Report (as required): Following an incomplete validation, a report is made by the instructor or evaluator involved using the company web site. The report includes candidate information and outlines the incomplete areas of the validation. The report is automatically sent to the necessary company and FAA personnel.
> • <u>**Unsatisfactory Evaluation Report**</u> (as required): Following an unsat event, **a report is made by the evaluator involved using the company web site. The report includes**

**candidate information and outlines the unsat areas of the check. The report is automatically sent to the necessary company and FAA personnel.**

It is understood that 'a report was made by the evaluator (Casey Brouhard) using the company web site and that report included my information, and outline of the 'unsat areas' of the check (LOE). It is also understood and believed that this report was automatically sent to all the necessary company and FAA personnel. May I please have a copy of this report, thank you.

Also, please let me know how to file FOIA in order to get information and copies from FAA/MSP FSDO regarding all correspondence/communication by every/all/each FAA individuals/personnel/inspectors who engaged with Endeavor Air in reference to my training, records, evaluation (PCs and LOES, Seat-support, etc.) and background information from June 2007 to present day, but in particular from August 1st, 2017 to present day. Thank you!

Lastly, please provide names of FAA POI and APM for Endeavor Air for the months of May, June, and July of 2018, thank you.

Sincerely,


M. Saeed Sultana
c: 651.263.8390

P.S. Please forward this email to current APM and POI for Endeavor Air if Mr. Garberg and Mr. Curry are no longer working as POI/APM for Endeavor Air, thanks. However, I do request you to discuss this with Mr. Garberg and Mr. Curry. To the best of my knowledge, they were both involved with some kind of supervision of Endeavor Air in 2017 and 2018. I would like to hear what Mr. Garberg and Mr. Curry have to say about this particular issue.