M. Saeed Sultana
Cell: 651.263.8390
Email: m.saeedsultana@gmail.com

**Via ECF**

Honorable Jerry W. Blackwell
U.S. District Judge, District of Minnesota
United States District Court
316 N. Robert Street
St. Paul, MN 55101


Reference:     Marc Saeed Sultana v. Endeavor Air
               Case No. 02:21-cv-02364-JWB-TNL

Dear Judge Blackwell,

In the above-referenced matter, Plaintiff wanted to respectfully inquire into the status of his pending ***Motion to Amend the Original Complaint***, filed on November 20, 2023.

As the Court is aware, that Motion (ECF 116-117) seeks to Amend the Original Complaint based on incontrovertible evidence provided to the Plaintiff by the Defendants and their attorneys during the Discovery process. Various exhibits containing many documents, evidence, and proof were submitted along with the Motion.

As the court is also aware that the Plaintiff sought the court's permission to file the same ***Motion to Amend the Original Complaint*** (ECF 100) much earlier in the year on Monday, June 26, 2023 (almost 2 months before the court ruling on August 23, 2023).

However, at the time, the Plaintiff did not have enough time to file the actual ***Motion to Amend the Original Complaint*** due to enormous amount of reading, research, and work needed to file a robust motion, which was eventually filed after months of hard work on November 20, 2023 (ECF 116-117) including a long list of exhibits containing evidence supporting Plaintiff's ***Motion to Amend the Original Complaint.*** At that time of filing, on June 26, 2023, the Plaintiff was seeking permission to file the motion [at a later time] along with the request for extension of time to file response to ECF 97 (Report and Recommendation by the Magistrate Judge Leung).

Thank you and the Plaintiff looks forward to your response regarding the status of pending ***Motion to Amend the Original Complaint*** (ECF 116-117) filed on November 20, 2023.

Respectfully,


*s/M.S. Sultana*
M. Saeed Sultana
Cell: 651.263.8390
Email: m.saeedsultana@gmail.com