# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

No: 23-3369

---

Marc Saeed Sultana

Plaintiff - Appellant

v.

Tom Wychor, Individual

Defendant

Endeavor Air Corporation

Defendant - Appellee

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-02364-JWB)

---

**JUDGMENT**

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 16, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Maureen W. Gornik