UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 23-3369

Marc Saeed Sultana

Appellant

v.

Tom Wychor, Individual

Endeavor Air, Inc., Corporation

Appellee

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-02364-JWB)

**MANDATE**

In accordance with the opinion and judgment of August 16, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 17, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit